UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON EAVES,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:20-cv-06379-MEMF-GJS<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all pleadings, motions, other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report").  Plaintiff filed Objections to the Report and Recommendation after the deadline for filing had expired. Nevertheless, the Court has considered the Objections and finds Plaintiff's arguments lack merit for the reasons stated in the Report and Recommendation.

　　　　The Court accepts the findings and recommendations set forth in the Report.  Accordingly, **IT IS HEREBY ORDERED** that Judgment shall be entered AFFIRMING the Commissioner's

1 decision to deny Social Security Disability Insurance benefits to Plaintiff and DISMISSING this
2 action with prejudice.

Dated: March 22, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge